NUMBER 13-11-00092-CV

 

COURT OF APPEALS

 

THIRTEENTH DISTRICT OF TEXAS

 

CORPUS CHRISTI - EDINBURG

 




 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 
 


 



IN RE LEOPOLDO LEAL

 

 



On Petition for Writ of Mandamus.

 

 



MEMORANDUM OPINION

 

Before Chief Justice Valdez and Justices Rodriguez
and Perkes

Per Curiam
Memorandum Opinion[1]

Relator, Leopoldo Leal, pro se, filed a petition for writ of
mandamus in the above cause on February 3, 2011, seeking to compel the trial
court to enter judgment in Leal’s favor in the underlying cause of action.[2]
 The Court, having examined and fully considered the petition for writ of
mandamus, is of the opinion that relator has not shown himself entitled to the
relief sought.  Accordingly, the petition for writ of mandamus is denied.  See
Tex. R. App. P. 52.8(a). 

                                                                                                            PER
CURIAM

Memorandum
Opinion delivered and filed

this 9th
day of March, 2011. 









[1] See Tex.
R. App. P. 52.8(d) (“When denying relief, the court may hand down an
opinion but is not required to do so.”); Tex.
R. App. P. 47.4 (distinguishing opinions and memorandum opinions).

 





[2] The appeal of the judgment at issue
herein is currently pending in this Court in appellate cause number
13-10-00377-CV, Leopoldo Leal v. King Ranch, Inc. and Other Unknown Persons.